UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORPORATE FLIGHT MANAGEMENT, INC. and AIR CARRIER MANAGEMENT COMPANY, LLC,<br><br>        Plaintiffs,<br><br>        v.<br><br>FLYGLO LLC,<br><br>        Defendant. | Case No. 1:17-cv-2463-LTS |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the defendant(s) Flyglo LLC pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
       October 23, 2020

Respectfully submitted,

KALMANSON LAW OFFICE, PLLC

By: _____
Kimberly Kalmanson
1 Liberty Plaza
165 Broadway, 23rd Floor
New York, NY 10006
T: (646) 759-3655
F: (212) 808-0719

BRAGAR EAGEL & SQUIRE, P.C.

By: _____
David J. Stone
885 Third Avenue, Suite 3040
New York, NY 10022
T: (212) 308-5858
F: (212) 486-0462
E: stone@bespc.com

E: kim@kalmansonlawoffice.com  
Attorney for Plaintiffs  
Corporation Flight Management, Inc.  
& Air Carrier Management Company,  
LLC

Attorneys for Defendant  
FLYGLO LLC

The Clerk of Court is respectfully directed to close this case.  
SO ORDERED.  
10/23/2020  
/s/ Laura Taylor Swain, USDJ